**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-24833-BLOOM/Elfenbein**

ARANTZA CASTRO,

     Plaintiff,

v.

OFFICINA PROFUMO FARMACEUTICA
DI SANTA MARIA NOVELLA OF AMERICA
CORPORATION, d/b/a SANTA MARIA NOVELLA,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [13], indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 24-cv-24833-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 3, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2